150 A.3d 821

JACKSON, Jordan Nathaniel

v.

STATE of Maryland

Pet. Docket No. 435, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1567, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

150 A.3d 821

MAGNUS

v.

DUGAN

Pet. Docket No. 432, Sept. Term, 2016

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 1505, Sept. Term, 2015).

Petition for writ of certiorari denied.